NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**UNITED STATES,**
*Plaintiff-Appellee*

**v.**

**DEVAUGHN HOLMES, aka Hungry,**
*Defendant-Appellant*

---

2025-1486

---

Appeal from the United States District Court for the Western District of New York in No. 1:21-cr-00160-JLS-MJR-1, Judge John L. Sinatra, Jr.

---

PER CURIAM.

### O R D E R

Devaughn Holmes appeals to this court from criminal proceedings in the United States District Court for the Western District of New York denying a motion to withdraw his guilty pleas. This is a court of limited jurisdiction, which does not include jurisdiction over criminal cases. 28 U.S.C. § 1295. Any appeal lies with the United States Court of Appeals for the Second Circuit.

Accordingly,

2                                                               US v. HOLMES

IT IS ORDERED THAT:

This matter and all case filings are transferred to the United States Court of Appeals for the Second Circuit.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

March 18, 2025
Date